## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| **TRANA DISCOVERY, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 5:13-cv-00848-F** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **SOUTHERN RESEARCH INSTITUTE** | ) | |
| | ) | |
| **Defendant.** | ) | |

### QUALIFIED HIPAA PROTECTIVE ORDER

Defendant Southern Research Institute and Plaintiff Trana Discovery, Inc. (collectively, the "Parties") are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this Court, including the Parties' Stipulated Order Governing the Production and Exchange of Confidential Information [D.E. 35], to disclose in discovery of this action an individual's health information that is protected by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996).

The Parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this Order for any purpose other than this action. Further, the Parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action.

**SO ORDERED**, this **2** day of May, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge